IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIZRAH EL-BEY,
a/k/a KATORIA GREENE,

      Plaintiff,

v.                                  Case No. 4:17cv375-MW/CAS

UNITED STATES OF AMERICA,

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). All pending motions are **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 20, 2017.**

                                              s/Mark E. Walker    
                                              **United States District Judge**